[No. 20876-1-III.  Division Three.  May 20, 2003.]

*In the Matter of the Marriage of* ROBERT W. THORNTON, *Appellant*, and GLENNDA L. THORNTON, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 96-3-00065-5, Evan E. Sperline, J., entered January 4, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 21139-8-III.  Division Three.  May 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LAVERNE E. BROCK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02468-1, Kathleen M. O'Connor, J., entered May 14, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 21193-2-III.  Division Three.  May 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ADINA LOUISE BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-1-00207-9, Rebecca M. Baker, J., entered May 31, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 27925-8-II.  Division Two.  May 20, 2003.]

WASHINGTON ROCK QUARRIES, INC., *Respondent*, v. MICHELE'S TRUCKING & EXCAVATION, INC., *Appellant*.

Appeal from judgments of the Superior Court for Pierce County, No. 01-2-04901-7, Vicki L. Hogan, J., entered August 24 and September 21, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Armstrong, J.